## Irwin H. Keller, Appellee, v. Christopher L. Anton et al. Ida Russell Mack, Appellant.

### Gen. No. 42,095.

Heard in first division, first district, this court at December term, 1941; opinion filed September 9, 1942; rehearing denied September 23, 1942.   Barnard J. Baumer, for appellant; Philip H. Salzman, for appellee; Jacob G. Grossberg, of counsel. Opinion by JUSTICE O'CONNOR.   "Not to be published in full."